# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3520

_____

ELIJAH THOMAS, III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

August 8, 2019

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004); *Johnson v. Singletary*, 647 So. 2d 106, 109 (Fla. 1994).

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Elijah Thomas, III, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.